STATE of Missouri, Respondent,

v.

**Johnathan STEEN, Appellant.**

**No. WD 66922.**

Missouri Court of Appeals,
Western District.

May 20, 2008.

Kent Denzel, Columbia, MO, for appellant.

Mary H. Moore, Jefferson City, MO, for respondent.

Before RONALD R. HOLLIGER, P.J., HAROLD L. LOWENSTEIN, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. Johnathan Steen appeals from his conviction for first-degree assault, section 565.050.[1] He argues that the evidence was insufficient to convict him and that certain evidence should not have been admitted.

---

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

---

1. Statutory references are to RSMo 2000.